IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LARRY W. BRANTLEY and
RHONDA K. BRANTLEY                                    PLAINTIFFS

          v.              Civil No. 05-5093

SCARLETT BIGGS WILSON,
LARA GABRIELLE WILSON ROSENBLUM
and MARK ROSENBLUM                                    DEFENDANTS

## J U D G M E N T

On the 27th day of February, 2006, the above-captioned cause came on for trial. A jury of twelve persons was impaneled, and heard the testimony of witnesses and received the documentary evidence of the parties. After hearing the arguments of counsel for all parties, on March 1, 2006, the jury returned its Verdict, finding in favor of the defendants on the claims of the plaintiffs, and finding in favor of the plaintiffs on the counterclaims of the defendants. The matter is, therefore, **dismissed with prejudice** as to all claims of all parties, with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED**, this 2nd day of March, 2006.


                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE